# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
RED CEDAR HARMONIA, LLC,           *
                                   *
                                   *
         Protestor,                *
                                   *
v.                                 *
                                   *   No. 18-1720C
UNITED STATES,                     *   Filed: November 13, 2018
                                   *
         Defendant,                *
                                   *
v.                                 *
                                   *
FREEALLIANCE.COM, LLC,             *
                                   *
         Defendant-Intervenor.     *
                                   *
* * * * * * * * * * * * * * * * *
```

**ORDER**

The court is in receipt of protestor's November 12, 2018 unopposed motion, in which protestor "respectfully moves this court to permit Plaintiff to dismiss its protest with prejudice." Pursuant to Rule 41(a) (2018) of the Rules of the United States Court of Federal Claims, the court **ORDERS** that the above-captioned protest be **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

                                            s/Marian Blank Horn
                                        **MARIAN BLANK HORN**
                                                **Judge**